UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALBIZU,<br><br>            Plaintiff,<br><br>     v.<br><br>CLYDE A. STROHL, et al.,<br><br>            Defendants. | ) CV F 02-5875 AWI SMS<br>)<br>) ORDER VACATING HEARING AND<br>) RESETTING HEARING ON COUNSEL'S<br>) MOTION TO WITHDRAW<br>)<br>) Former Date: August 26, 2005<br>)<br>) **New Date: August 22, 2005**<br>) **Time:     9:00 a.m.**<br>) **Courtroom: 4**<br>)<br>) ORDER DIRECTING THE CLERK TO<br>   RETURN PAPERS TO MR. AMUNDSON AND<br>   TO SERVE A COPY OF THIS ORDER<br>   UPON MR. AMUNDSON |

    Plaintiff is proceeding with a civil action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    Due to the unavailability of the Court, and in the interest of the convenient and efficient administration of justice, the hearing on the motion of Henry Nunez to withdraw as counsel for Defendant Wesley A. Amundson and Defendant Amundson and Associates, previously set for August 26, 2005, IS VACATED, and the hearing on the motion IS RESET for August 22, 2005, at 9:00

1

a.m., in Courtroom 4, before the undersigned Magistrate Judge.

By minute order, the Court has vacated or will be vacating the informal telephonic status conference previously set for August 3, 2005, which was for the sole purpose of scheduling the Plaintiff's motion for default judgment that has trailed pending the Court's determination of a motion to set aside default.

The Court has received on July 25, 2005, and on August 3, 2005, various papers from Defendant Wesley A. Amundson, which appear to pertain to the aforementioned status conference. Mr. Amundson is presently a party represented by counsel; further, the status conference has been vacated.

Accordingly, the Clerk of the Court IS DIRECTED to return the papers to Mr. Wesley E. Amundson, and to serve a copy of this order on Mr. Amundson, at 7030 Monza Place, Alta Loma, California 91701.

IT IS SO ORDERED.

**Dated:   August 2, 2005**                    **/s/ Sandra M. Snyder**
icido3                                          UNITED STATES MAGISTRATE JUDGE

2