UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALBIZU, | ) CV F 02-5875 AWI SMS |
| | ) |
| Plaintiff, | ) ORDER GRANTING DEFENDANT |
| | ) AMUNDSON'S REQUEST FOR EXTENSION |
| | ) OF TIME TO FILE DEFENDANT'S BRIEF |
| v. | ) REGARDING THE MOTION FOR DEFAULT |
| | ) JUDGMENT NO LATER THAN OCTOBER |
| CLYDE A. STROHL, et al., | ) 14, 2005 |
| | ) |
| Defendants. | ) ORDER PERMITTING PLAINTIFF TO |
| | ) FILE A REPLY BRIEF NO LATER THAN |
| | ) OCTOBER 28, 2005 |

ORDER CONTINUING THE DATE OF THE
HEARING ON THE MOTION FOR DEFAULT
JUDGMENT:

Former Date: OCTOBER 14, 2005

**New Date: NOVEMBER 4, 2005**
**Time:       9:30 a.m.**
**Courtroom: 4**

Plaintiff is proceeding with a civil action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Defendant Wesley A. Amundson has filed a document that is deemed to be a request for an extension of time to file a brief in connection with Plaintiff's pending motion for default

1

1  judgment previously scheduled for hearing on October 14, 2005.

2  Due to the Court's anticipated absence for the upcoming week, and

3  in the interest of avoiding further delay in the instant action,

4  the Court exercises its discretion to act upon this matter

5  without seeking input from Plaintiff's counsel. The Court is

6  fully aware of Plaintiff's desire to proceed to a hearing on the

7  pending motion for default judgment without any further delay;

8  the Court is likewise cognizant of the numerous delays suffered

9  by Plaintiff with respect to this proceeding. In light of the

10  certainty of the content of any input on the part of Plaintiff

11  with respect to the pending request for extension of time, and

12  further in light of the fact that the Court finds that Defendant

13  Amundson has made a bare showing of good cause for an extension

14  of time, the Court declines to inflict upon the parties further

15  delay that would result from seeking briefing on the instant

16  request for an extension of time. However, in view of the fact

17  that Defendant Amundson signed a substitution of counsel form on

18  July 19, 2005 (Doc. 128, filed August 22, 2005), Defendant, who

19  is a licensed attorney, has already had two months in which to

20  obtain counsel and/or prepare his response to Plaintiff's motion,

21  which has been pending for a substantial period of time. Further,

22  the scope of any briefing that a defaulting defendant might

23  submit with respect to a motion for default judgment is

24  relatively narrow. In light of these facts, the Court has

25  determined that one further short extension of time is warranted;

26  no further extensions of time based on the availability of

27  counsel to represent Defendant Amundson, or the asserted

28  unpreparedness of Defendant Amundson himself to proceed, will be

1  granted.

2      In light of the need for additional briefing time for both

3  parties necessitated by this order, it is necessary to continue

4  the hearing on the motion.

5      Accordingly, due to the availability of the Court, and in

6  the interest of the convenient and efficient administration of

7  justice, it IS ORDERED that

8      1) Defendant Amundson's request for an extension of time to

9  file briefing IS GRANTED; and

10      2) Defendant Amundson's brief regarding Plaintiff's motion

11  for default judgment SHALL BE FILED no later than October 14,

12  2005; and

13      3) Plaintiff MAY FILE a reply brief no later than October

14  28, 2005; and

15      4) The hearing on Plaintiff's motion for default judgment,

16  previously set for October 14, 2005, IS CONTINUED to November 4,

17  2005, at 9:30 a.m., in Courtroom 4, before the undersigned

18  Magistrate Judge.

19
IT IS SO ORDERED.

20
**Dated:    September 21, 2005**              **/s/ Sandra M. Snyder**
21  icido3                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28