| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **JESUS ALBIZU**, | ) | CV F 02-5875 AWI SMS |
| **Plaintiff**, | ) ) | **ORDER DENYING MOTION TO** |
| v. | ) ) | **REQUEST APPEAL OF FINDINGS AND RECOMMENDATIONS** |
| **CLYDE A. STROHL, et al.**, | ) ) | |
| **Defendants**. | ) ) | (Document #143) |

On November 14, 2005, the Magistrate Judge filed Findings and a Recommendation that Plaintiff's application for default judgment be granted. The Findings and Recommendation were served on all parties

On December 7, 2005, Defendants filed a document entitled "NOTICE OF MOTION AND MOTION TO REQUEST AN APPEAL TO THE FINDINGS AND RECOMMENDATIONS RE: WESLEY E. AMUNDSON AND AMUNDSON AND ASSOCIATES DATED NOVEMBER 10, 2005."

On December 27, 2005, the court adopted the November 14, 2005 Findings and Recommendations, granted Plaintiff's application for default judgment, and directed the Clerk of the Court to enter final judgment in favor of Plaintiff Jesus Albizu against Defendants Wesley E. Amundson and Amundson and Associates for $157,800.00 in damages; prejudgment interest at the rate of ten per cent per annum from May 13, 2002; punitive damages in the sum of $306,000.00; and treble damages in the amount of $306,000.00. On December 27, 2005, the Clerk of the Court entered judgment.

Pending before the court is Defendants' December 7, 2005 motion to request an appeal. In general, the filing a notice of appeal transfers jurisdiction over the matters appealed to the court of appeals, and the district court generally is divested of jurisdiction over those aspects of the case involved in the appeal. Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam); Mayweathers v. Newland, 258 F.3d 930, 935 (9th Cir. 2001). However, a notice of appeal from a nonappealable order will not divest the district court of jurisdiction. Estate of Conners by Meredith v. O'Connor, 6 F.3d 656, 658 (9th Cir. 1993); United States v. Garner, 663 F.2d 834, 838 (9th Cir.1981); Ruby v. Secretary of the Navy, 365 F.2d 385, 389 (9th Cir.1966) (en banc).

Here, Defendants attempted to appeal the Magistrate Judge's Findings and Recommendation, which was not an appealable order. By adopting the Findings and Recommendations and granting default judgment, on December 27, 2005, the court issued a final order that can be appealed.

Accordingly, Defendants' December 7, 2005 motion to request an appeal is DENIED as moot and unnecessary.

IT IS SO ORDERED.

**Dated:    January 9, 2006**            /s/ Anthony W. Ishii
0m8i78                                               UNITED STATES DISTRICT JUDGE